No. 529, Misc.   TRIMARCO v. RAGEN, WARDEN.   Circuit Court of Will County, Illinois.   Certiorari denied.

Motion for leave to file petition for writ of habeas corpus also denied.